# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 16, 2025 |
| TIME: | 4:30 P.M. |
| DOCKET NUMBER(S): | CV-25-399 (SJB) |
| NAME OF CASE(S): | Malenovsky v. Farmingdale State College, State University of New Y |
| FOR PLAINTIFF(S): | Ostrove |
| FOR DEFENDANT(S): | Johnson |
| NEXT CONFERENCE(S): | August 27, 2025 at 11:00 a.m., in-person |
| FTR/COURT REPORTER: | Not Recorded |
| RULINGS FROM Initial Conference : ||
| The Court sets the following discovery deadlines: Deadline for completion of Rule 26(a) initial disclosures - 7/16/25; Completion of Phase I discovery - 8/15/25; Deadline for motions to join new parties or amend pleadings - 9/11/25; First requests for production of documents and interrogatories due by - 9/26/25; All fact discovery to be completed by 1/16/26; Exchange of expert reports - 2/16/26; Expert depositions completed by - 3/16/26; All discovery completed by - 3/16/26; Final date to take first step in dispositive motion practice - 4/16/26. An in-person settlement conference will be held on August 27, 2025 at 11:00 a.m. in Courtroom 910 of the Central Islip Courthouse.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than August 24, 2025.  A motion to file ex parte is not required.  Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference. ||